■ In the Matter of Robert Titza, Appellant, v Raymond Kelly, as Police Commissioner of the City of New York and Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Respondents. [28 NYS3d 303]—

Judgment, Supreme Court, New York County (Barbara Jaffe, J.), entered on or about March 3, 2014, denying the petition seeking, inter alia, to annul the determination of respondent Board of Trustees of the Police Pension Fund, which denied petitioner's application for accidental disability retirement benefits, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

The statutory presumption in petitioner's favor that his strokes were service related (General Municipal Law § 207-k) was rebutted by credible evidence that the etiology of his strokes was unknown, petitioner does not suffer from coronary artery disease, and there was no evidence of hypertension (*see Matter of Hogg v Kelly*, 93 AD3d 507 [1st Dept 2012]; *Matter of Goldman v McGuire*, 101 AD2d 768 [1st Dept 1984], *affd* 64 NY2d 1041 [1985]; *see also Matter of Walsh v Board of Trustees of N.Y. City Police Dept. Pension Fund, Art. II*, 37 AD3d 370 [1st Dept 2007]). Concur—Friedman, J.P., Sweeny, Saxe, Richter and Kahn, JJ.